O

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10
11  MARNAILE EDWARD ATKINS,        )   Case No. CV 12-03667-AG (OP)
                                   )
12                    Plaintiff,   )   ORDER ACCEPTING FINDINGS,
                                   )   CONCLUSIONS, AND
13           v.                    )   RECOMMENDATIONS OF
                                   )   UNITED STATES MAGISTRATE
14  MICHAEL J. ASTRUE,             )   JUDGE
    Commissioner of Social Security,)
15                                 )
                     Defendants.   )
16  _____)

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the
18  records and files herein, and the Report and Recommendation of the United States
19  Magistrate Judge.  The Court accepts the findings, conclusions, and
20  recommendations of the Magistrate Judge,
21  / / /
22  / / /
23  / / /
24
25
26
27
28

IT IS HEREBY ORDERED that: the District Court issue an order: (a) accepting this Report and Recommendation; and (b) directing that Judgment be entered reversing the decision of the Commissioner of Social Security, and remanding this matter for further administrative proceedings consistent with this Report and Recommendation.

DATED: April 29, 2013

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge