JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNAILE EDWARD ATKINS, | Case No. CV 12-03667-AG (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1   IT IS ADJUDGED that the decision of the Commissioner of Social Security
2 is reversed, and this matter is remanded for further administrative proceedings.

4 DATED: April 29, 2013
5 _____
HONORABLE ANDREW J. GUILFORD
6 United States District Judge

8 Prepared by:

11 _____
HONORABLE OSWALD PARADA
12 United States Magistrate Judge